AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

RECEIVED
UNITED STATES MARSHA
2019 OCT 24  AM 9: 31
EASTERN DISTRICT OF
PENNSYLVANIA

| United States of America | )  | |
|---|---|---|
| v. | ) | |
| DESHAUN DAVIS, | ) | Case No.   19cr636-1 |
| A/K/A "YAYO", "ALEX TRADERBOY" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DESHAUN DAVIS, A/K/A "YAYO", "ALEX TRADERBOY"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint

❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

21:846,841(a)(1),(b)(1)(A),(b)(1)(B),(b)(1)(C) - CONSPIRACY TO DISTRIBUTE 280 GRAMS OR MORE OF COCAINE BASE ("CRACK"), 28 GRAMS OR MORE OF COCAINE BASE ("CRACK"), CRACK, COCAINE, FENTANYL AND HEROIN - 1 COUNT
21:843(b) - UNLAWFUL USE OF A COMMUNITCATIONS FACILITY IN FURTHERANCE OF A DRUG FELONY - 4 COUNTS
18:924(c) - POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME - 1 COUNT

Date:    10/23/2019

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:    PHILA., PA.

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 10-23-19 , and the person was arrested on *(date)* 10-30-19 at *(city and state)* PA | |
| Date: 10-30-19 | DEA / FBI<br>*Arresting officer's signature* |
| | *Printed name and title* |