IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 19-636-ALL |
| DWAYNE BUTLER, et al. : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


s/ Sean P. McDonnell
Sean P. McDonnell
Assistant United States Attorney