IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 19-636-1 |
| DESHAUN DAVIS | : | |

### ORDER

AND NOW, this 8th day of December, 2022, upon consideration of Defendant Deshaun Davis' Supplemental Motion to Withdraw Guilty Plea (ECF No. 461) and the government's response thereto (ECF No. 462), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

It is further ORDERED Davis' pro se Motion to Withdraw Guilty Plea (ECF No. 391) is also DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.